# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJWAN SIMMS,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWARDS,<br><br>            Defendant. | Case No.  1:22-cv-00028-JLT-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(ECF No. 24) |

Plaintiff Dejwann Simms ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Edwards and Correction Officer #1 for deliberate indifference to medical needs and for failure to protect, in violation of the Eighth Amendment, for the events surrounding the transport back to North Kern State Prison on October 16, 2020.

On July 8, 2022, Plaintiff filed a request for production of documents directed to Defendant Edwards.  (ECF No. 24.)  The proof of service included with the filing indicates that it was served on the Court and the Deputy Attorney General, though counsel's name and address are not included on the proof of service.  (*Id.* at 4.)

The Court's June 1, 2022 discovery and scheduling order provides that discovery requests and responses shall not be filed with the Court unless required by Local Rules 250.2, 250.3 and 250.4.  (ECF No. 21, p. 1.)  Pursuant to Local Rule 250.3(c), requests for production, responses

1

and proofs of service thereof shall not be filed unless and until there is a proceeding in which the request, response, or proof of service is at issue. As Plaintiff has identified no issue which requires the Court's intervention, the filing is not appropriately before the Court. Plaintiff should send any future discovery requests directly to counsel for Defendant(s), but need not file them with the Court unless the request or response is at issue.

Accordingly, Plaintiff's request for production of documents, filed July 8, 2022, (ECF No. 24), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **July 11, 2022**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE